# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                              NO. 2019 KW 1399

VERSUS

JOSHUA OWEN CARPENTER                              DEC 0 6 2019

---

In Re:    Joshua Carpenter, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 04-18-0756.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

                              **JEW**
                              **GH**

   **McClendon, J.,** concurs and would deny on the showing made.
This court cannot properly review the claim raised in the writ
application.    Relator failed to include the complete trial

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT